UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22682-MC-HIGHSMITH/GARBER

GIANT SCREEN SPORTS LLC, et al.,

    Plaintiffs,

v.

SKY HIGH ENTERTAINMENT, et al.,

    Defendants,
and

WASHINGTON MUTUAL BANK,

    Garnishee,
and

CANADIAN IMPERIAL BANK OF COMMERCE,

    Cross-Claimant
_____/

## ORDER FREEZING ASSETS

This cause is before this Court upon Canadian Imperial Bank of Commerce's ("CIBC") Emergency Motion to Freeze Specific Assets Held at Washington Mutual Bank (filed under seal)("Emergency Motion"). This Court has carefully reviewed CIBC's Emergency Motion, the numerous exhibits referenced in this Emergency Motion, and applicable case law. For the reasons that follow, CIBC's Emergency Motion is GRANTED.

After reviewing the record, this Court shares CIBC's concern that there is an imminent danger that property belonging to CIBC may be in danger of being depleted. In *AT&T Broadband v. Tech Communications, Inc.*, 381 F.3d 1309, 1319 (11th Cir. 2004), the Eleventh Circuit held that "when the defendant's identity is known and notice could feasibly be given, ex

parte seizures are proper only if providing notice to the defendant would render fruitless the further prosecution of the action." The Eleventh Circuit further held that in order to support an ex parte motion, the moving party "must show that the defendant or persons involved in similar activities, had concealed evidence or disregarded court orders in the past." *Id.*

Here, a review of the record indicates that Mr. Samson (who is the husband of Valerie Thibault and who had been listed as a joint account holder on a bank account with her) has repeatedly disregarded court orders in the past. *See, e.g., Giant Screen Sports LLC v. Sky High Entertainment*, 2007 WL 627607 (N.D. Ill. Feb. 27, 2007)(the Court noted that Mr. Samson had been given numerous opportunities to comply with discovery rules and with the Court's orders, and each time Samson had "willfully failed to do so.")

Accordingly, an ex parte motion is appropriate here. Because this Court believes that there is an imminent danger that Samson or others may deplete property that belongs to CIBC it is hereby ORDERED AND ADJUDGED that all accounts currently controlled by Valerie Thibault at Washington Mutual Bank are hereby FROZEN until further Order of this Court.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 23rd day of July, 2008.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record
     Carl Samson
     2605 Castilla Isle
     Fort Lauderdale, FL 33301-1506